**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 19-02006-CM-TJJ** |
| **CURTIS ROSS, VICKI ROSS, AND UNITED STATES OF AMERICA,** | ) | |
| **Defendants,** | ) | |
| **MICHAEL C. HELBERT** | ) | |
| **Intervenor Plaintiff.** | ) | |

**MEMORANDUM AND ORDER**

On October 15, 2019, the court granted in part intervenor-plaintiff Michael C. Helbert's motion to approve a stipulation of attorney's fees between intervenor-plaintiff and the United States and to authorize payment from the interpleaded fund. (Doc. 36.) The court recognized intervenor-plaintiff's first and prior lien in the amount of his reasonable attorney's fees, but required intervenor-plaintiff to support his requested fees by either redacted filing or by submitting records for *in camera* review. The court further stated that once intervenor-plaintiff provided this support, the court would set deadlines for distribution and any party objections.

Intervenor-plaintiff promptly submitted support for his requested attorney's fees for *in camera* review. After careful review, the court concludes that intervenor-plaintiff's claim for $8,176.01 in reasonable attorney's fees is well-supported by the submitted records and that this amount corresponds to his representation of defendants in obtaining the interpleaded fund. Accordingly, intervenor-

plaintiff Michael C. Helbert holds a first and prior lien in the interpleaded fund in the amount of $8,176.01.

**IT IS THEREFORE ORDERED** that intervenor-plaintiff Michael C. Helbert holds a first and prior lien on the interpleaded fund for his reasonable attorney's fees in the amount of $8,176.01.

**IT IS FURTHER ORDERED** that on or by Friday, November 1, 2019, any interested objecting parties shall submit their objections to distribution in satisfaction of intervenor-plaintiff's lien. On Monday, November 4, 2019, if no parties have filed objections, then the Clerk of Court shall authorize distribution from the interpleaded fund to intervenor-plaintiff in the amount of $8,176.01.

Dated this 17th day of October, 2019, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**