# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

STATE AUTO PROPERTY and
CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.             Case No:  19-2006-EFM

MICHAEL C. HELBERT,

    Plaintiff/Intervener,

CURTIS ROSS, VICKI ROSS, and THE
UNITED STATES OF AMERICA,

    Defendant,

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

that pursuant to the Memorandum and Order (Doc. 48) filed on July 14, 2020 that Defendant, United States of America's Motion for Summary Judgment, Doc. 37, is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court disburse all remaining interpleaded funds held by the registry to the USA so that those funds may be applied to outstanding tax liens.

The case is hereby dismissed.

 July 14, 2020_____        TIMOTHY M. O'BRIEN
  Date              CLERK OF THE DISTRICT COURT

                 by:  s/  Cindy McKee_____
                    Deputy Clerk